# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

EMMANUEL MONTES A/K/A JULIO MENDOZA

VERSUS

TEXAS PETROLEUM INVESTMENT COMPANY

NO. 2025 CW 1054

**DECEMBER 30, 2025**

---

In Re:  Rotating Equipment Specialists, L.L.C., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 145096.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT